**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NUMBER 25-436** |
| | **:** | |
| | **:** | |
| **JACQUAN SMITH** | **:** | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Douglas Helman*
DOUGLAS HELMAN
Assistant Federal Defender

**<u>CERTIFICATE OF SERVICE</u>**

I, Douglas Helman, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing upon Meghan Farley, Assistant United States Attorney, office located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.


*/s/ Douglas Helman*
DOUGLAS HELMAN
Assistant Federal Defender

DATE:       <u>June 12, 2026</u>