**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JACQUAN SMITH** | : | **NO. 25-436** |

**ORDER**

**NOW**, this 1st day of September, 2026, upon consideration of the Defendant's Motion to Dismiss (Doc. No. 27) and the government's response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.